IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUPERSEDING INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Philadelphia          County:   Philadelphia

City and State of Defendant:   See Reverse Side

County:  See Reverse Side          Register number:  See Reverse Side

Place of accident, incident, or transaction:   Eastern District of Pennsylvania

Post Office:  Philadelphia          County:   PA

RELATED CASE, IF ANY: YES
Criminal cases are deemed related when the answer to the following question is "yes".
  Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?
  YES/NO: NO
  Case Number:  20-377          Judge: Joel H. Slomsky

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1.   ○ Antitrust

2.   ○ Income Tax and other Tax Prosecutions

3.   ○ Commercial Mail Fraud

4.   ○ Controlled Substances

5.   ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial

6.   ● General Criminal
    (U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

18 U.S.C. § 844(f)(1) and (2) (arson of property belonging to an agency receiving federal funding – 1 count), 18 U.S.C. § 844(i) arson affecting interstate commerce –1 count), 18 U.S.C. § 231(a)(3) obstruction of law enforcement during a civil disorder – 1 count), 18 U.S.C. § 2 (aiding and abetting), Notice of Forfeiture

DATE: May 25, 2021          */s/ Vineet Gauri*_____
                            Vineet Gauri
                            Assistant United States Attorney

File No. 2020R00449
U.S. v. Ayoub Tabri, et al

Defendant 1: Ayoub Tabri
City and State: Arlington, VA

Defendant 2: Lester Fulton Smith
City and State: Philadelphia, PA