IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| AYOUB TABRI | : | NO. 20-377-01, 02 |
| REG. NO. 09251-107 | : | |
| LESTER FULTON SMITH | | |
| REG. NO. 47438-509 | | |

## HEARING CANCELLED

**TAKE NOTICE** that the above captioned matter is scheduled for **TRIAL** on **DECEMBER 21, 2021 at 9:30 a.m.** and a **PRE-TRIAL MOTION HEARING** on **DECEMBER 8, 2021 at 9:30 a.m.** before the Honorable Joel H. Slomsky in Courtroom 13A, 13th floor of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

Matthew J. Higgins
Courtroom Deputy to
Hon. Joel H. Slomsky
Phone: 267-299-7349

Date:   8/18/21

| | |
|---|---|
| cc via U.S. Mail: | Defendant |
| cc via email: | Defense Counsel: N. MacEoin, Esq., G. Clark, Esq. |
| | Assistant U.S. Attorney: V. Gauri, AUSA, C. Sykes, AUSA |
| | U.S. Marshal |
| | Court Security |
| | Probation Office |
| | Pretrial Services |
| | Interpreter Coordinator |